### 2449. TAYLOR *v.* THE STATE.

HILL, C. J. 1. "Fussing and cussing" outside a church or place of worship, and so near thereto as to disturb any member of the congregation assembled inside and engaged in divine service, is a violation of the Penal Code, § 418. *Taylor* v. *State,* 1 *Ga. App.* 540 (57 S. E. 1049).

2. The verdict is supported by the evidence, and no error of law appears. *Judgment affirmed.*

Accusation of disturbing public worship; from city court of Dawson. Judge Edwards. January 24, 1910.

Submitted March 9,—Decided April 6, 1910.

*W. H. Gurr,* for plaintiff in error.

*M. J. Yeomans, solicitor,* contra.